AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| CARDINAL INVESTMENTS ONE, LLC, a Georgia limited liability company, CARDINAL INVESTMENTS TWO, LLC, a Georgia limited liability company, WENDY J. JONES, an individual, et. al., <br> *Plaintiff(s)* <br> v. <br> DETAIL GARAGE, LLC, a California limited liability company, SMART, LLC, a California limited liability company, fka SMART, INC., a California corporation, et. al., (See, Attachment 1) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-00579-SVW-JGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* D.Paul Bower Schneider
4863 Newcastle Ave.
Encino, CA 91316


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Leslie Schwaebe Akins, Esq.
> LESLIE SCHWAEBE AKINS, A LAW CORPORATION
> 7157 Argonauta Way
> Carlsbad, CA 92009
> Tel.: 760-931-2920; Fax.: 760-603-0547
> lsa@stockmarketlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT



Date: 1/29/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00579-SVW-JGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT 1 TO SUMMONS

LESLIE SCHWAEBE AKINS (SBN 138678)
LESLIE SCHWAEBE AKINS, A Law Corporation
7157 Argonauta Way
Carlsbad, California 92009
Telephone:  (760) 931-2920
Facsimile:    (760) 603-0547
Email: lsa@stockmarketlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL INVESTMENTS ONE, LLC, a Georgia limited liability company, CARDINAL INVESTMENTS TWO, LLC, a Georgia limited liability company, WENDY J. JONES, an individual and LYNN GANGAMELLA, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DETAIL GARAGE, LLC, a California limited liability company, SMART, LLC, a California limited liability company, formerly doing business as SMART, INC., a California corporation, AUTO DETAILING SUPPLIES, LLC, a California limited liability company, formerly doing business as AUTO DETAILING SUPPLIES, INC., a California corporation, ADVANCED AUTO DETAILING, LLC, a California limited liability company, formerly doing business as ADVANCED AUTO DETAILING, ,INC., a California corporation, CG GROUP HOLDINGS, LLC, a Delaware limited liability company, DAVID KNOTEK, an individual, D. PAUL BOWER SCHNEIDER, an individual, and CHAD ZANI, an individual,<br><br>　　　　　Defendants, | NO.<br><br>COMPLAINT FOR:<br><br>1. Violation of California Franchise Investment Law, California Corporations Code § 31200;<br>2. Violation of California Franchise Investment Law, California Corporations Code §31201;<br>3. Violation of Robinson-Patman Act, 15 U.S.C. §13;<br>4. Violation of Sherman Antitrust Act, 15 U.S.C. § 1<br>5. Violation of Sherman Antitrust Act, 15 U.S.C. § 1;<br>6. Violation of Sherman Antitrust Act, 15 U.S.C. § 2;<br>7. Violation of California Unfair Practices Act, Bus. & Prof. Code § 17045;<br>8. Violation of California Cartwright Act, Bus. & Prof. Code § 16720;<br>9. Violation of California Unfair Practices Act, Bus. & Prof. Code §17200;<br>10. Violation of California Unfair Trade Practices Act, Bus. & Prof. Code § 17200 and CCR 310.114.1;<br>11. Violation of California Unfair Practices Act, Bus & Prof Code 17200 and Fin. Code 22100;<br>12. Breach of the Implied Covenant of Good Faith and Fair Dealing;<br>13. Negligent Interference with Prospective Economic Advantage;<br>14. Intentional Interference with Contractual Relations;<br>15. Declaratory Relief – Detail Garage;<br>16. Declaratory Relief – Detail Garage and Smart; and |

1