LESLIE SCHWAEBE AKINS (SBN 138678)
LESLIE SCHWAEBE AKINS, A Law Corporation
7157 Argonauta Way
Carlsbad, California 92009
Telephone: (760) 931-2920
Facsimile: (760) 603-0547
Email: lsa@stockmarketlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARDINAL INVESTMENTS ONE, LLC, a Georgia limited liability company, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DETAIL GARAGE, LLC, a California limited liability company, ET AL.,<br><br>Defendants. | Case No. 2:20-cv-00579-SVW-GJS<br>Hon. Stephen V. Wilson<br>Hon. Magistrate Gail J. Standish<br>Ctrm: 10A<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Trial Date:       No Date Set<br>Date Action Filed: January 21, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Cardinal Investments One, LLC, Cardinal Investments Two, LLC, Wendy J. Jones, and Lynn Gangemella voluntarily dismiss the entire action with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: _August 28, 2020

LESLIE SCHWAEBE AKINS, A Law Corporation

By: *[signature]*
Leslie Schwaebe Akins, Esq.
Attorneys for Plaintiffs

4845-6389-9337

- 2 -

NOTICE OF DISMISSAL WITH PREJUDICE
2:20-CV-00579-SVW-GJS